## THIRD DEPARTMENT, SEPTEMBER, 1964

### (September 15, 1964)

In the Matter of J. DANIEL MAHONEY, Individually and as State Chairman and Chairman of the State Committee of the Conservative Party, Appellant, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, et al., Respondents.— *Per Curiam.* Presidential electors are, in our view, " candidates for election to public office ". (Election Law, §§ 130, 131, subd. 1; § 139, subd. 1.) We pass on no other question. Order affirmed, without costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur. [43 Misc 2d 1094.]

### (September 17, 1964)

THE PEOPLE OF THE STATE OF NEW YORK Respondent, v. ROY M. DARLING, Appellant.— Motion for permission to proceed as a poor person denied on the ground no appeal lies from a decision. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM D. TERRY, Appellant.— Motion for permission to proceed as a poor person and for assignment of counsel denied on the ground no appeal lies from an order revoking probation. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

### (September 18, 1964)

GARLAND E. HUNTSMAN, Respondent-Appellant, v. MARGARET B. HENRY et al., Respondents, and FLOYD STARK, Appellant-Respondent. GARLAND E. HUNTSMAN, Respondent-Appellant, v. DELAWARE & HUDSON RAILROAD CORPORATION, Appellant-Respondent.— Motion for permission to appeal to the Court of Appeals dismissed, without costs, as not timely made. (CPLR 5513, subd. [c]; 5512, subd. [a].) Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ. concur.